UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

THOMAS PATRICK LANDRETH,          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.

MILAN SUPPLY CHAIN SOLUTIONS, INC.,     CASE NO: 18-2447-STA-jay

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal with Prejudice entered on March 15, 2019, this cause is hereby DISMISSED with prejudice.

    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/18/2019     THOMAS M. GOULD
    Clerk of Court

    s/Maurice B. BRYSON

    (By) Deputy Clerk